**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR354** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CRISTINA SANCHEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue sentencing (Filing No. 38).

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 38) is denied.

DATED this 24th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge